BROWNE, Respondent, v. EMPIRE TYPE-SETTING MACH. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by Warren C. Browne against the Empire Type-Setting Machine Company. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Weiller v. Oppenheim, 75 Hun, 21, 26 N. Y. Supp. 1051.

BURR, Respondent, v. SCHMERL, Appellant. (Supreme Court, Appellate Term. July 1, 1898.) Action by Aaron Burr against Herman Schmerl. Arthur Furber, for appellant. William J. A. Caffrey, for respondent.

PER CURIAM. There is nothing but a question of fact involved in this appeal. The issue was decided by the court below in favor of the plaintiff, upon a sharp conflict of evidence, which required the court to pass upon the credibility of the witnesses. Under such circumstances, it is impossible for us to determine that the court erred in finding a preponderance of evidence in favor of the plaintiff. The trial justice had the advantage of seeing the witnesses upon the stand, and observing the manner in which their testimony was given,—circumstances of no little weight in determining a question of veracity. In such cases it has been repeatedly held that this court will not disturb the decision of the trial justice. It is claimed that the evidence of alteration in the date of the bill of sale of the property in question is so patent that the conclusion is irresistible that a fraudulent alteration had been made. We are unable so to determine upon an inspection of the paper; and, the trial justice having evidently found that no such alteration was proven, we cannot say that his conclusion in that regard was palpably erroneous. It follows that the judgment must be affirmed. Judgment affirmed, with costs.

BURSTEIN, Appellant, v. LIEBINGER & OEHM BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 3, 1898.) Action by Pauline Burstein against the Liebinger & Oehm Brewing Company. No opinion. Order modified so as to direct that the judgment recovered by the plaintiff shall stand as security for any judgment she may hereafter obtain, and, as thus modified, affirmed, without costs of this appeal to either party.

BUTTLING, Respondent, v. HATTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1898.) Action by William J. Buttling against Loftus D. Hatton and others. No opinion. Motion for reargument denied. If the defendants succeed on the trial of the action, the judgment hitherto entered will fall as a matter of course. See 45 N. Y. Supp. 720, and 51 N. Y. Supp. 305.

BYRNE v. EASTMANS CO. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Patrick Byrne against the Eastmans Company. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 457.

In re CASE'S WILL. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) In the matter of the application for a probate of the last will and testament of Alchee Case, deceased. No opinion. Decree of the surrogate affirmed, with costs.

CATOIR v. BUDENBENDER. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by John Catoir against George F. Budenbender. No opinion. Application to continue the proceeding granted, and referee to be appointed to take proof and report with his opinion. Respondent's application denied. See 41 N. Y. Supp. 1109.

CAZIARC, Respondent, v. ABRAM FRENCH CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1898.) Action by Arthur W. Caziarc against the Abram French Company. No opinion. Judgment and order affirmed, with costs.

CITY OF ALBANY, Appellant, v. ANDREWS et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by the city of Albany against Sarah M. Andrews and others. No opinion. Order of resettlement allowing the respondents one bill of costs, to be equally divided between them, and each respondent his disbursements.

CITY OF ROME, Respondent, v. DUNHAM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by the city of Rome against George E. Dunham and others. No opinion. Motion denied, with $10 costs and disbursements. See 50 N. Y. Supp. 1125.

CITY OF SYRACUSE, Respondent, v. STACEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by the city of Syracuse against Richard M. Stacey and others. No opinion. Order affirmed, with $10 costs and disbursements. See 40 N. Y. Supp. 1140.

CLANCY v. GUARANTY CONST. CO. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Thomas Clancy against the Guaranty Construction Company. No opinion. Motion denied. See 50 N. Y. Supp. 800, and 51 N. Y. Supp. 1140.

CLEVELAND, Appellant, v. NEW JERSEY STEAMBOAT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Charles Cleveland against the New Jersey Steamboat Company. No opinion. Judgment affirmed, with costs. All concur, except HARDIN, P. J., dissenting.

COATSWORTH, Plaintiff, v. LEHIGH VALLEY RY. CO. et al., Defendants. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Albert T. Coatsworth against the Lehigh Valley Railway Company and Lehigh Valley Railroad Company. No opinion. Motion for new trial denied, and judgment ordered for defendants on verdict, with costs.